IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDINA LIMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; AHMSI DEFAULT SERVICES, INC.; and FIDELITY NATIONAL TITLE COMPANY<br><br>　　　　Defendants._____/ | No. C 09-3561 CW<br><br>ORDER TAKING MOTION UNDER SUBMISSION |

　　On September 3, 2009, Defendants American Home Mortgage Servicing, Inc. and Ahmsi Default Services, Inc. filed a motion to dismiss. (Docket No. 5.) Pursuant to the Court's Case Management Scheduling Order, the motion was scheduled for hearing on October 22, 2009. (Docket No. 10.) The Order notified Plaintiff that her opposition to the motion was due October 1, 2009. Plaintiff has not filed an opposition to the motion.

　　Accordingly, notice is hereby given that the Court, on its own motion, shall take Defendants' motion under submission on the papers. The hearing previously scheduled for October 22, 2009 is vacated. Plaintiff's opposition to the motion will be due October

9, 2009, and any reply by Defendants will be due October 15, 2009. **Failure by Plaintiff to file a written opposition to the motion by October 9, 2009 will result in dismissal of this case for failure to prosecute.**

    IT IS SO ORDERED.

Dated: 10/7/09

CLAUDIA WILKEN
United States District Judge